SHALMON STENNIS                     *        NO. 2023-CA-0482

VERSUS                              *        COURT OF APPEAL

LOWE'S HOME CENTERS,                *        FOURTH CIRCUIT
LLC D/B/A LOWE'S AND RD S.
MORRIS AND ABC                      *        STATE OF LOUISIANA
INSURANCE COMPANY
                                    *

                                    *
* * * * * * *


SCJ    JENKINS, J., CONCURS IN THE RESULT.